G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
MICHAEL AMRSTRONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AMRSTRONG<br><br>Plaintiff,<br><br>vs.<br><br>MERIDIAN FINANCIAL SERVICES INC.; and DOES 1 to 10, inclusive,<br><br>Defendants | **Case No.: 12-cv-02711-MEJ**<br><br>**VOLUNTARY DISMISSAL** |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, MICHAEL AMRSTRONG (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: August 21, 2012          **PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff